**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **J. MICHAEL SMITH CONSTRUCTION, LLC,** | § | **Case Number: 24-40005-EJC** |
| | § | |
| **Debtor.** | § | |

**APPLICATION FOR TRUSTEE'S FEES**

COMES NOW, Subchapter V Trustee, Tiffany E. Caron, ("Trustee"), and files this Application for Trustee's Fees as follows:

**I. TRUSTEE'S FEES**

The applicant files this application for an award of trustee's fees pursuant to 11 U.S.C. §330(a) as that section of the Bankruptcy Code may be affected by the decision of the United States Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir., 1990).

Section 330 of the Code authorizes this Court to award compensation to the Trustee for actual, necessary services, based on:

1. The nature and extent of the services provided;
2. The value of those services; and
3. The cost of comparable services in non-bankruptcy matters.

These three criteria apply to this application in the following manner:

1. Nature and Extent. The applicant has attached a record of the services rendered in this case and the time devoted to those services. (See Exhibit "A")

2. Value of Services. The Debtor filed this voluntary Chapter 11 case on January 2, 2024. The United States Trustee maintains a panel of Subchapter V Trustees for the Southern

District of Georgia. Tiffany E. Caron was appointed by the United States Trustee as the Subchapter V Trustee in this case on January 3, 2024 at an hourly rate of $325.00 (Doc No. 2).

Compensation for Subchapter V trustees is determined by both the disposition of the case and whether the trustee is a case-by-case trustee or a standing trustee. Subchapter V case-by-case trustees are compensated through section 330(a)(1)(A), which allows for "reasonable compensation for actual, necessary services rendered by the trustee … and by any paraprofessional person employed by any such person." The trustee may also be reimbursed for "actual, necessary expenses" pursuant to section 330(a)(1)(B).

These section 330 compensation provisions apply regardless of whether the case-by-case trustee makes disbursements of estate funds. The Small Business Reorganization Act ("SBRA") specifically excludes all subchapter V trustees from section 326(a), which sets limits on other chapter 11 trustees' compensation based on the moneys they disburse or turn over.

Subchapter V trustees are required to perform many duties in administering the cases in which they are appointed by the United States Trustee. In general, the Subchapter V trustee assesses the financial viability of the small business debtor, assists in the facilitation of a consensual plan of reorganization, and helps ensure that the debtor files or submits complete and accurate financial reports, in addition to various administrative duties.

The Debtor has been operating a construction company specializing in site development in Georgia. Prior to the filing of this case, the Debtor had primarily been performing site work for one client. The relationship between the parties deteriorated and led to the filing of this bankruptcy case. Post-petition, the Debtor has negotiated contracts with a more diversified pool of clients and obtained new contracts for working moving forward. A Section 341 Meeting of Creditors was held on February 2, 2024. A Status Conference was held on February 27, 2024. The Debtor filed a Chapter 11 Plan which was confirmed at the hearing on August 13, 2024. The plan

was confirmed as "non-consensual". The confirmed plan provides for the Subchapter V Trustee's continued involvement in monitoring the Debtor's payment of the amounts due under the confirmed plan.

During the time this case has been pending as a Subchapter V case, the Trustee performed the duties required by the United States Trustee for Subchapter V trustees. Specifically, the Trustee reviewed all of the Debtor's filings with the Court, including the Petition, Schedules and Statement of Financial Affairs, along with the Debtor's financial documents, including tax returns, bank statements and Monthly Operating Reports. The Trustee reviewed the documents for and attended the Initial Debtor Interview conducted by the United States Trustee and the Section 341 Meeting of Creditors. The Trustee has reviewed insurance information, Debtor's Status Report and Monthly Operating Reports and made recommendations to Debtor's counsel regarding these filings. The Trustee has attended numerous hearings in this case, including the confirmation hearing. The Trustee has reviewed the Debtor's proposed plans and financials and made recommendations to Debtor's counsel regarding plan provisions and working with creditors.

3. Cost of Comparable Services. The Grant decision suggests that an attorney's compensation should, in the first instance, be measured by multiplying the hours reasonably expended by a reasonable hourly rate of compensation. Id. at 1299. The appropriate hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience and reputation." Id. The House Report on §330 of the Bankruptcy Code notes:

> The effect of §330 is to overrule...cases that require fees to be determined based on the notions of conservation of the estate and economy of administration [because] Bankruptcy specialists...if required to accept fees...that are consistently lower than fees they would receive elsewhere, will not remain in the bankruptcy field.

The Subchapter V trustee, Tiffany E. Caron, has been admitted to practice in Ohio (currently inactive) since November of 2006 and has been practicing in Georgia since June of 2009;

she has also been working in the area of bankruptcy law since 2004. The Trustee has been operating as a Chapter 7 Trustee since July, 2017 and a Subchapter V Trustee since December, 2019. She also has over ten years of experience representing debtors, creditors and committees in Chapter 11 business cases.

Applicant requests compensation at a rate which lies with the range of hourly rates charged by attorneys in the Southern District of Georgia who represent debtors and creditors in their practices. This is also within the range of rates charged by this attorney for services rendered in bankruptcy cases on behalf of trustees, debtors and creditors.

The Notice of Appointment set forth a reasonable hourly rate of $325.00 per hour for Tiffany E. Caron and for reimbursement of the applicant's reasonable, necessary expenses.

*Exhibit A* is a summary of Trustee Time. Trustee Time is billed at the rate of $325.00 per hour. The total Trustee Time on the invoice is 23.5 hours for a total of $7,637.50. This application requests approval for payment of trustee's fees as follows:

| | | | | |
|---|---|---|---|---|
| TRUSTEE'S FEES: | 23.5 | hours @ $325.00/hr. | = | $7,637.50 |
| EXPENSES: | | Copies, & Postage | = | $202.73 |

Therefore, the applicant requests compensation for trustee's fees in the amount of $7,637.50 for services from January 3, 2024 to August 13, 2024, plus reimbursement for expenses in the amount of $202.73, for a total of $7,840.23.

WHEREFORE, the Trustee moves the Court to:

1. Enter an Order granting the trustee's fees and expenses set forth in this application; and
2. For such other and further relief as the Court deems just and fair.

This 13th day of August, 2024.

Respectfully submitted,

By: /s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089

Post Office Box 711
West Palm Beach, FL 33402
Tel: (404) 647-4917
Tiffany.caron@hotmail.com

Subchapter V Trustee

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 01/03/24 - 08/13/24**

**Case Number:** 24-40005-EJC **Case Name:** J. MICHAEL SMITH CONSTRUCTI...
**Case Type:** Asset **Judge:** Edward J. Coleman III
**Petition Date:** 01/02/24 **341a Meeting:** 02/02/24 11:00 AM

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 01/03/24 | REVIEWED | Reviewed case for conflicts; signed and returned Verified Statement for employment of Trustee | 0.40 | $325.00 | $130.00 |
| 01/04/24 | REVIEWED | Reviewed case filings | 0.10 | $325.00 | $32.50 |
| 01/16/24 | REVIEWED | Reviewed Schedules and employment application | 0.50 | $325.00 | $162.50 |
| 01/22/24 | REVIEWED | Reviewed IDI documents | 0.50 | $325.00 | $162.50 |
| 01/23/24 | REVIEWED | Reviewed bank statements | 0.50 | $325.00 | $162.50 |
| 01/25/24 | PREPARATION | Preparation for and attended Initial Debtor Interview; follow-up with UST | 2.25 | $325.00 | $731.25 |
| 01/31/24 | REVIEWED | Review and correspondence re insurance and chapter 11 guidelines and meeting prep | 0.50 | $325.00 | $162.50 |
| 02/01/24 | TELEPHONE CONFERENCE | Telephone conference with Debtor's counsel regarding motion to assume lease and cure of rental payments and review of motion and ordre | 0.50 | $325.00 | $162.50 |
| 02/02/24 | 341 Meeting | Preparation for and attended meeting of creditors | 1.80 | $325.00 | $585.00 |
| 02/05/24 | PREPARATION | Worked on revised order on compensation procedures; sent to Debtor's counsel | 0.20 | $325.00 | $65.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 01/03/24 - 08/13/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 02/07/24 | COURT HEARING | Preparation for and attended Court hearing on Motion re Compensation Procedures | 0.50 | $325.00 | $162.50 |
| 02/08/24 | REVIEWED | Review and comment on motion to reject lease | 0.10 | $325.00 | $32.50 |
| 02/08/24 | REVIEWED | Reviewed Amended Schedules | 0.25 | $325.00 | $81.25 |
| 02/09/24 | REVIEWED | Reviewed Status Report | 0.20 | $325.00 | $65.00 |
| 02/27/24 | COURT HEARING | Preparation for and attended Subchapter V Status Conference | 2.00 | $325.00 | $650.00 |
| 02/28/24 | REVIEWED | Reviewed MOR and email to Debtor's counsel re payroll account | 0.30 | $325.00 | $97.50 |
| 02/29/24 | REVIEWED | Reviewed Amended MOR | 0.10 | $325.00 | $32.50 |
| 03/25/24 | REVIEWED | Reviewed MOR, preparation for call with Debtor's counsel re plan | 0.50 | $325.00 | $162.50 |
| 03/25/24 | TELEPHONE CONFERENCE | Telephone conference with Debtor's counsel regarding plan terms and status of case | 0.40 | $325.00 | $130.00 |
| 03/26/24 | REVIEWED | Reviewed proposed plan and exhibits; prepared redline version and comments to Debtor's counsel; correspondence re same | 1.60 | $325.00 | $520.00 |
| 03/27/24 | REVIEWED | Reviewed revised Plan and Budget; research on nonconsensual plans and continuation of subchapter v duties | 0.80 | $325.00 | $260.00 |
| 03/28/24 | WORKED ON | Meeting with Jon Levis and UST to review plan terms; reviewed revised plan; revisions with Roxanne | 1.00 | $325.00 | $325.00 |

**Timesheet Report**

**Trustee: Tiffany E. Caron (300690)**

**Period: 01/03/24 - 08/13/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 04/18/24 | REVIEWED | Reviewed MOR; correspondence with Debtor's counsel re same | 0.40 | $325.00 | $130.00 |
| 05/06/24 | CORRESPONDENCE | Correspondence re confirmation order to remove reference to sub v trustee disbursements | 0.10 | $325.00 | $32.50 |
| 05/08/24 | REVIEWED | Reviewed Objections to Confirmation and Ballots | 0.50 | $325.00 | $162.50 |
| 05/13/24 | REVIEWED | Reviewed ballots, ballot summary and email from debtor's counsel re resolving objections and possible continuance | 0.30 | $325.00 | $97.50 |
| 05/16/24 | REVIEWED | Reviewed amendments to plan; worked on coordinating continued confirmation hearing date | 0.75 | $325.00 | $243.75 |
| 05/17/24 | REVIEWED | Reviewed MOR | 0.30 | $325.00 | $97.50 |
| 05/21/24 | COURT HEARING | Meeting with Debtor's Counsel and Attended Confirmation hearing - hearing continued to July 10 | 0.70 | $325.00 | $227.50 |
| 06/27/24 | REVIEWED | Reviewed May MOR | 0.20 | $325.00 | $65.00 |
| 07/10/24 | COURT HEARING | Attended Court Hearing on Confirmation and Other Matters - confirmation continued | 1.00 | $325.00 | $325.00 |
| 08/09/24 | REVIEWED | Reviewed MOR and correspondence with Debtor's counsel re confirmation hearing | 0.30 | $325.00 | $97.50 |
| 08/13/24 | COURT HEARING | Preparation for and Attended Confirmation Hearing | 2.25 | $325.00 | $731.25 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 01/03/24 - 08/13/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 08/13/24 | PREPARATION | Prepared, filed and service of Trustee Fee Application | 0.90 | $325.00 | $292.50 |
| 08/13/24 | COURT HEARING | Estimate of time for attending hearing on Debtor, Accountant and Trustee Fee Applications | 0.80 | $325.00 | $260.00 |
| | | **Total for case:** | **23.50** | | **$7,637.50** |
| | | **Grand Total:** | **23.50** | | **$7,637.50** |

Printed: 08/13/2024 11.30 AM



# Expense Worksheet

**Period: 04/22/2024 - 08/13/2024**

**Trustee: Tiffany E. Caron**

| | | | |
|---|---|---|---|
| **Case Number:** | 24-40005-EJC | **Case Name:** | J. MICHAEL SMITH CONSTRUCTION, |
| **Case Type:** | Asset | **Judge:** | Edward J. Coleman III |
| **Petition Date:** | 01/02/2024 | **341a Meeting:** | 02/02/2024 11.00 AM |

**Category:** BOND

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 04/22/2024 | Trustee Bond and Mailing Expense | 1.0 | $ 19.240000 | $19.24 |
| | **Total for category BOND** | **1.0** | | **$19.24** |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/13/2024 | Mailout Notice of Hearing and Trustee Fee Application | 354.0 | $ 0.250000 | $88.50 |
| 08/13/2024 | Mailout Order on Trustee Fee Application | 59.0 | $ 0.250000 | $14.75 |
| | **Total for category COPY** | **413.0** | | **$103.25** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/13/2024 | Mailout Notice of Hearing and Trustee Fee Application | 59.0 | $ 0.680000 | $40.12 |
| 08/13/2024 | Mailout Order on Trustee Fee Application | 59.0 | $ 0.680000 | $40.12 |
| | **Total for category POST** | **118.0** | | **$80.24** |

**Total for case 24-40005-EJC: $202.73**

**Grand Total: $202.73**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **J. MICHAEL SMITH CONSTRUCTION, LLC,** | § | **Case Number: 24-40005-EJC** |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

I, Tiffany E. Caron, do hereby certify that I have this date served the forgoing Application for Trustee's Fees upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service:

All creditors and parties in interest automatically receiving notice through the Court's CM/ECF Filing System.

This 13th day of August, 2024.

/s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com